# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY T. BOND, *et al.*, Individually and on behalf of all others similarly situated, ) ) ) | Case No. 2:17-cv-00014 |
| Plaintiffs, ) ) ) | |
| v. ) ) | JUDGE GEORGE C. SMITH |
| ANTERO RESOURCES CORPORATION, *et al.*, ) ) ) ) | MAGISTRATE JUDGE TERENCE P. KEMP |
| Defendants. ) | |

## DEFENDANT ANTERO RESOURCES CORPORATION'S CORPORATE DISCLOSURE STATEMENT

In Compliance with Local Civil Rule 7.1.1., this Corporate Disclosure Statement is filed on behalf of Antero Resources Corporation.

1. Is said party a parent, subsidiary, or other affiliate of a publicly owned corporation?

    __X_ Yes              ___No

    If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the named party:

    Antero Resources Corporation is a limited partner in Antero Midstream Partners LP.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ Yes              _X_No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Respectfully submitted,

/s/ William G. Porter
William G. Porter (0017296), Trial Attorney
Peter A. Lusenhop (0069941)
Steven A. Chang (0088321)
Jessica Knopp Cunning (0089165)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay St.
Columbus, OH 43215
Telephone:   (614) 464-6400
Facsimile:    (614) 464-6350
wgporter@vorys.com
palusenhop@vorys.com
sachang@vorys.com
jkcunning@vorys.com

*Attorneys for Defendants Antero Resources Corporation and Antero Resources Midstream Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017, a copy of the foregoing *Defendant Antero Resources Corporation's Corporate Disclosure Statement* was filed with the Court electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                s/ William G. Porter
                William G. Porter (0017296), Trial Attorney